UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-cr-251-LRH-PAL |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | DATED: August 4, 2014 |
| JOHN CHARLES VINCENT, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:   Dionna Negrete          Reporter: None Appearing
U.S. Attorney:   None Appearing         Counsel for Defendants:   None Appearing

MINUTE ORDER IN CHAMBERS:

　　Before the Court is the United States' Motion to Amend Judgment, [#26]. Good cause appearing,

　　IT IS ORDERED that the Judgment shall be amended to reflect the restitution payable to the victim, Social Security Administration, P.O. Box 2861, Philadelphia, PA 19122.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　By:   D. NEGRETE
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk